IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC -3 P 2: 52

CLERK'S OFFICE
AT BALTIMORE

————————DEPUTY

DEBORAH E. BYDUME

v.                                                              CIVIL NO. L-02-3073

BANK OF AMERICA

## ORDER

*Pro se* Plaintiff Deborah Bydume, filing *in forma pauperis* and styling herself as a

Debtor, filed what appears to be a complaint against the Bank of America. The Court has

reviewed the papers filed by Ms. Bydume and finds that her suit should be dismissed with

prejudice as frivolous. Ms. Bydume's papers consist of a number of densely worded documents

stated in nonsensical, legal-sounding language. The Court, acting *sua sponte*, is authorized to

dismiss any *in forma pauperis* action that is demonstrably frivolous and oppressive. 28 U.S.C.A.

§ 1915(e)(2)(B) (West 2001).

Accordingly, the Court DISMISSES, with prejudice, Ms. Bydume's suit and DIRECTS

the CLERK to CLOSE the CASE.

It is so ORDERED this 3rd day of December 2002.

                                                              B. Legg
                                                              Benson Everett Legg
                                                              United States District Judge